UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SAMSON BEKELE BESHIA,

    Plaintiff,

v.                                       Case No. 6:17-cv-1117-Orl-37PDB

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____

## ORDER

Plaintiff's attorney, Richard A. Culbertson ("**Culbertson**"), filed an unopposed request to charge Plaintiff attorney's fees. (Doc. 26 ("**Motion**").) Culbertson seeks $2,541.82, equaling 25% of Plaintiff's past-due benefits minus the Equal Access to Justice Act fees awarded, per a contingency agreement. (*Id.* ¶¶ 1, 3.) On referral, U.S. Magistrate Judge Patricia D. Barksdale recommends granting the Motion. (Doc. 27 ("**R&R**").)

No party objected to the R&R, and the time for doing so has now passed. Absent objection, the Court has examined the R&R only for clear error. *See Wiand v. Wells Fargo Bank, N.A.*, No. 8:12-cv-557-T-27EAJ, 2016 WL 355490, at *1 (M.D. Fla. Jan 28, 2016); *see also Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding no such error, the Court finds that the R&R is due to be adopted in its entirety.

It is **ORDERED AND ADJUDGED**:

1.     U.S. Magistrate Judge Patricia D. Barksdale's Report and Recommendation (Doc. 27) is **ADOPTED, CONFIRMED**, and made a part of this Order.

2. Richard A. Culbertson's Unopposed Request for Authorization to Charge a Reasonable Fee (Doc. 26) is **GRANTED.**

3. Richard A. Culbertson is **AUTHORIZED** to charge Plaintiff Samson Bekele Beshia $2,541.82 in attorney's fees.

4. The Clerk is **DIRECTED** to enter judgment authorizing Richard A. Culbertson to charge Plaintiff Samson Bekele Beshia $2,541.82 in attorney's fees.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on June 2, 2020.



ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record